**Aaron WRIGHT, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 55854.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 21, 1989.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
Jan. 11, 1990.

Application to Transfer Denied
Feb. 13, 1990.

Marc B. Fried, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Aaron Wright, appeals the denial of his Rule 27.26 motion after an evidentiary hearing. We affirm. The findings of fact and conclusions of law of the motion court are not clearly erroneous and an ex-

tended opinion would serve no precedential value. Rule 84.16(b).